UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTONIO MILLER,

    PLAINTIFF,

-vs-                                              Case No. 1:15-cv-00268-WTH-GRJ

CAROLYN W COLVIN,

    DEFENDANT.

_____/

## ORDER ACCEPTING THE REPORT AND RECOMMENDATION AND AFFIRMING THE DENIAL OF BENEFITS

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation (ECF No. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at ECF No. 19, to which the defendant responded at ECF No. 20.  I have made a de novo review based on those objections.  Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.   Substantial evidence, in the form of medical evidence and the plaintiff's own testimony, supported the Administrative Law Judge's finding of medical improvement by 2010.  Accordingly, the Report and Recommendation of the Magistrate Judge, ECF No. 18, is accepted and incorporated herein.  The Clerk is directed to enter a judgment which states the following: "The

decision of the Commissioner, denying benefits, is AFFIRMED." The Clerk is directed to close the file

    IT IS SO ORDERED.

    DONE and ORDERED at Gainesville, Florida this 17th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE